UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jeffrey Osgood</u>

v.     Civil No. 11-cv-477-LM

<u>George Kent et al.</u>

ORDER STRIKING DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:  #6 and #7, Return of Service Executed as to Jeffrey Osgood of Subpoena to Produce Documents and Subpoena for Deposition, and Return of Service Executed as to Tina Osgood of Subpoena to Produce Documents and Subpoena for deposition, filed by Evelyn Kent

DATE FILED:   October 19, 2011

Pursuant to Fed. R. Civ. P. 5(d)(1) Disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admissions.

It is herewith ordered that the documents are stricken and Tina Osgood, the interested party entered during filing, be removed from the docket.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

October 24, 2011

cc:   Aaron H. Simpson, Esq.
      David P. Cullenberg, Esq.