UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jeffrey Osgood,</u>
    Plaintiff

    v.                                 Case No. 11-cv-477-SM

<u>George Kent and</u>
<u>Evelyn Kent</u>,
    Defendants

## O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty, is designated to review the objection to Ex Parte Attachment submitted by Defendants' George Kent and Evelyn Kent and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.

November 10, 2011

                                      /s/   Steven J. McAuliffe
                                      _____
                                      Steven J. McAuliffe
                                      United States District Judge

cc:    Aaron H. Simpson, Esq.
        David P. Cullenberg, Esq.