UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey Osgood d/b/a
JP's Concrete

   v.                                    Civil No. 11-cv-477-SM

George Kent

## NOTICE OF RULING

    Re:  Document No. 52, Motion to Compel Answers to Def. Interrogatories and Request for Documents

For the reasons stated therein, document no. 52 is granted. Plaintiff shall provide defendants with answers to the Defendants' Interrogatories and Request for Documents (doc. no. 52-1) on or before October 16, 2012.  Pursuant to Rule 37(a)(5)(A), defendants appear entitled to the reasonable expenses they incurred in filing this motion.  On July 30, 2012, plaintiff entered his appearance pro se and has apparently indicated an intent to provide answers.  In the event that plaintiff complies with this order and provides the answers on or before October 16, 2012, the court will not award expenses. If, however, plaintiff does not comply with this order, defendants shall file a motion for an award of fees and expenses under Fed. R. Civ. P. 37(a)(5)(A), along with a supported and detailed statement of the fees and expenses requested, on or before October 19, 2012.  Plaintiff shall file any response on or before October 26, 2012.

                                          _____
                                          Landya McCafferty
                                          United States Magistrate Judge

Date: October 2, 2012

cc:  David P. Cullenberg, Esq.
     Jeffrey Osgood, pro se